# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ALI TAGHDIR,

    Plaintiff,

v.

CSAA GENERAL INSURANCE
COMPANY, et al.,

    Defendants.

Case No. 2:22-cv-00172-JCM-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  The parties are hereby **ORDERED** to file, no later than April 4, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: March 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1