# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALI TAGHDIR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-00172-JCM-NJK<br><br>**Order**<br><br>[Docket No. 8] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 8. The parties purport to ask the Court to grant a 220-day discovery period; however, the time period is improperly measured from the 26(f) conference. *Id.* at 3. Further, the requested discovery period is greater than the presumptively reasonable period, yet the parties fail to fully comply with the Court's local rules for special scheduling. *See* Local Rule 26-1(a). Accordingly, the discovery plan is **DENIED** without prejudice. Docket No. 8. An amended discovery plan must be filed by April 5, 2022.

　　　　IT IS SO ORDERED.

　　　　Dated: March 29, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1