G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 1394
WILLIAM H. STODDARD, JR., ESQ.
Nevada Bar No. 8679
JORGE L. ALVAREZ, ESQ.
Nevada Bar No. 14466
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel: (702) 384-7111
Fax: (702) 384-0605
E-Mail: gma@albrightstoddard.com
E-Mail: bstoddard@albrightstoddard.com
E-Mail: jalvarez@albrightstoddard.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALI TAGHDIR, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>CSAA GENERAL INSURANCE COMPANY, a California corporation, SILVESTRE GONZALEZ-TEPETZI, DOES I through X, and ROE CORPORATIONS XI through XX, inclusive<br><br>    Defendants. | CASE NO.:   2:22-cv-00172-JCM-NJK<br><br>**STIPULATION AND ORDER TO REMAND TO STATE COURT** |

COME NOW, Plaintiff, ALI TAGHDIR, an individual ("Plaintiff"), by and through his counsel of record, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, Defendant, CSAA GENERAL INSURANCE COMPANY, a California Corporation ("Defendant"), by and through its respective counsel of record, RANALLI, ZANIEL, FOWLER & MORAN, LLC, and SILVESTRE GONZALEZ-TEPETZI ("Defendant"), by and through his counsel of record, WOOD, SMITH, HENNING & BERMAN LLP, and hereby stipulate and agree, subject to this Court's approval, to remand the case to State Court.

1. Plaintiff filed the original complaint in the Eight Judicial District Court, Clark County Nevada (case no. A-21-846001-C) against Defendant, CSAA General Insurance Company, a California Corporation.

2. On February 24, 2022, Defendant, CSAA General Insurance removed the case to this Court pursuant to 28 U.S. Code § 1332 because there was complete diversity between the parties and the amount in controversy exceed $75,000.00

3. On July 6, 2022, Plaintiff filed an amended complaint, which named Silvestre Gonzalez-Tepetzi, a Nevada resident, as an additional Defendant.

4. Given that Defendant Gonzalez-Tepetzi is a Nevada resident, this Court no longer has subject matter jurisdiction as there is no longer complete diversity between the parties.

5. Pursuant to 28 U.S.C. § 1447(e), if a non-diverse party is added to the case after it is removed to federal court and destroys complete diversity of citizenship between the parties, the Court must remand the suit to state court.

WHEREFORE, the parties, by stipulation and agreement, jointly request that the Court enter an order remanding the case to the Eight Judicial District Court, Clark County Nevada (case no. A-21-846001-C) for further proceedings with each party bearing its own fees and costs.

DATED this 28th day of September, 2022.

**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**

*/s/ Jorge L. Alvarez, Esq.*
G. MARK ALBRIGHT, ESQ., #1394
JORGE L. ALVAREZ, ESQ., #14466
801 South Rancho Drive, Suite D4
Las Vegas, Nevada 89106
T: (702) 384-7111 / F: (702) 384-0605
*Attorneys for Plaintiff*

DATED this 28th day of September, 2022.

**RANALLI, ZANIEL, FOWLER & MORAN, LLC**

*/s/ David M. Zaniel, Esq.*
DAVID M. ZANIEL, ESQ., #7962
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
T: (775) 786-4441 / F: (775) 786-4442
*Attorneys for Defendant,*
*CSAA General Insurance Company*

. . .

. . .

. . .

Ali Taghdir vs. CSAA General Insurance Company, et al.
2:22-cv-00172-JCM-NJK
*Stipulation and [Proposed] Order to Remand to State Court*

DATED this 27th day of September, 2022.

**WOOD, SMITH, HENNING & BERMAN, LLP**

*/s/ Elizabeth K. Scheinman*
JANICE M. MICHAELS, ESQ., #6062
ELIZABETH K. SCHEINMAN, ESQ., #15813
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
T: (702) 251-4100 ♦ F: (702) 251-5405
jmichaels@wshblaw.com
escheinman@wshblaw.com
*Attorneys for Defendant,
Silvestri Gonzalez-Tepetzi*

## ORDER

IT IS SO ORDERED   September 30, 2022

_____
UNITED STATES DISTRICT JUDGE

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106